UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRAVIS HEFFLEY,<br><br>       Plaintiff,<br><br>   -against-<br><br>FCI OTISVILLE,<br><br>       Defendant. | 20-CV-5811 (LLS)<br><br>CIVIL JUDGMENT |

  Pursuant to the order issued April 1, 2021, dismissing the complaint,

  IT IS ORDERED, ADJUDGED, AND DECREED that the complaint is dismissed without prejudice under the Prison Litigation Reform Act's "three-strikes" rule. *See* 28 U.S.C. § 1915(g). Plaintiff is barred from filing any civil action under the *in forma pauperis* statute while a prisoner unless he is under imminent danger of serious physical injury. *Id*.

  IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated: April 1, 2021
    New York, New York

                       *Louis L. Stanton*
                          Louis L. Stanton
                            U.S.D.J.